DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | FELON IN POSSESSION OF A |
| | ) | FIREARM |
| v. | ) | Vio. 18 U.S.C. §§ 922(g)(1) and |
| | ) | 924(a)(2) |
| | ) | |
| | ) | COUNT 2: |
| TRAVIS M. TONEY, | ) | UNLAWFUL POSSESSION OF |
| | ) | A CONTROLLED SUBSTANCE |
| Defendant. | ) | Vio. 21 U.S.C. § 844(a) |
| | ) | |
| | ) | COUNT 3: |
| | ) | CRIMINAL FORFEITURE |
| | ) | 18 U.S.C. § 924(d)(1) |

INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about November 26, 2004, in the District of Alaska, the defendant, TRAVIS M. TONEY, did knowingly possess in or affecting commerce, a firearm, to wit: a Taurus .357 caliber revolver, model 617, serial number SI759426, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

All of which is in violation of Title 18, United States Code, Section 922(g)(1), 924(a)(2).

## COUNT 2

On or about November 26, 2004, in the District of Alaska, the defendant, TRAVIS M. TONEY, did knowingly and intentionally possess a mixture and substance containing cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, having previously been convicted of the following drug offense:

| Offense | Court | Date | Case |
|---|---|---|---|
| Misconduct Involving a Controlled Substance in the Fourth Degree | State of Alaska | 8/20/04 | Case Number 3AN-S04-1453 |

All of which is in violation of Title 21, United States Code, Section 844(a).

## COUNT 3

As a result of committing the offense alleged in Count 1 of the Indictment, and upon conviction of Count 1, an offense punishable by imprisonment for more than one

year, defendant shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the offense, including but not limited to one Taurus .357 caliber revolver, model 617, serial number SI759426, pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL.

                                              s/ Grand Jury Foreperson
                                              GRAND JURY FOREPERSON

s/ David A. Nesbett
DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov


s/ Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: deb.smith@usdoj.gov


DATED: ___3/21/06_____