MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs  TRAVIS M. TONEY    CASE NO.  3:06-CR-00030-JWS
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

UNITED STATES ATTORNEY:       DAVID NESBETT

DEFENDANT'S ATTORNEY:         RICH CURTNER, APPOINTED

U.S.P.O.:                     PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT Held 04/17/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 4:02 p.m. court convened.

 X Copy of Indictment given to defendant: read.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties.

 X Defendant states true name:  Same as above.

 X Financial Affidavit filed.  Federal Public Defender accepted appointment; FPD notified.

 X PLEAS:   X Not Guilty to Counts 1 & 2 of the Indictment and Defendant DENIED Count 3 of the Indictment.

 X Counsel advised of trial date: Final Pretrial Conference set **June 19, 2006 at 8:30 a.m.** and Trial by Jury set **June 19, 2006 at 9:00 a.m.**

 X Defendant detained: Order of Detention Pending Trial Filed.

 X Pretrial motions due **May 5, 2006;** Meet and confer by **April 24, 2006**

At 4:17 p.m. court adjourned.


DATE:   April 18, 2006     DEPUTY CLERK'S INITIALS:      Ce