Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TRAVIS M. TONEY,<br><br>    Defendant. | NO. 3:06-CR-0030-JWS<br><br>**ENTRY OF APPEARANCE** |

Rich Curtner, Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant TRAVIS M. TONEY in the above-captioned action.

DATED at Anchorage, Alaska this 24th day of April 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:           907-646-3480
E-Mail:      rich_curtner@fd.org

Certification:
I certify that on April 24, 2006,
a copy of the *Entry of Appearance*
was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Rich Curtner