AO 442 (Rev. 12/85) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

2006 MAR 24  PM 3:00

RECEIVED

APR 2 4 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

V.

TRAVIS M. TONEY

\*\*SECRET\*\*

## WARRANT FOR ARREST

CASE NUMBER: 3:06-cr-00030-JWS

To:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest TRAVIS M. TONEY and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XX] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense):
18:922(g)(1) and 924(a)(2) - FELON IN POSSESSION OF A FIREARM - Count 1
21:844(a) - UNLAWFUL POSSESSION OF A CONTROLLED SUBSTANCE - Count 2
18:924(d) - CRIMINAL FORFEITURE - Count 3

Ida Romack
Name of Issuing Officer

by _Pamela R. Puht_    Deputy Clerk
Signature of Issuing Officer

Bail Fixed at $ to be determined

Clerk of Court
Title of Issuing Officer

March 23, 2006 at Anchorage, Alaska
Date and Location

by  Magistrate Judge John D. Roberts

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: _ANCHORAGE, AK_ | | |
| DATE RECEIVED 3/24/06 | NAME AND TITLE OF ARRESTING OFFICER K. GUINN | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 4/14/06 | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __TRAVIS M. TONEY__

ALIAS: _____N/A_____

LAST KNOWN RESIDENCE: ___                    __P__

LAST KNOWN EMPLOYMENT: __

PLACE OF BIRTH: _____C

DATE OF BIRTH:_____

SOCIAL SECURITY NUMBER _____.

HEIGHT:__5'7"_____        ..�100�105: _200 lbs_

SEX: ____M_____        RACE:___B__

HAIR:___BLK_____        EYES:___BRN__

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:_____UNKNOWN

FBI NUMBE

COMPLETE DESCRIPTION OF AUTO: _____UNKNOWN

INVESTIGATIVE AGENCY AND ADDRESS:_RODNEY RUSSELL, ATF (269-2496)