```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. TRAVIS M. TONEY                CASE NO. 3:06-cr-00030-JWS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:            JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         DAVID NESBETT

DEFENDANT'S ATTORNEY:            F. RICHARD CURTNER

U.S.P.O.:                        TIM ASTLE

PROCEEDINGS: IMPOSITION OF SENTENCE HELD AUGUST 25, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:04 a.m. court convened.

 X Notice of Appeal form given to defendant.

 X Court stated findings/reasons pursuant to sentencing
   guidelines.

 X Imprisonment for a period of 30 months. This term consists of
   30 months on count 1 and 24 months on count 2, all such terms
   to run concurrent.

 X Defendant placed on supervised release for a period of  3
   years under the usual terms and conditions with special
   conditions of supervised release as stated in the judgment.
   This term consists of 3 years on count 1 and 1 year on count
   2, all such terms to run concurrent..

 X Fined $2,500.

 X Special Assessment $200.00, due immediately.

 X Defendant remanded to the custody of the U.S. Marshal.

 X OTHER: Court and counsel heard re presentence report and plea
agreement; court accepted plea agreement and adopted presentence
report. Court and counsel heard re downward departure. Court
instructed government to file paperwork re Order of Forfeiture.
Court recommended that the defendant participate in the 500 hour
drug and alcohol program. Appeal rights given. Payment Coupon
given to defendant.

At 9:29 a.m. court adjourned.


DATE:     August 25, 2006        DEPUTY CLERK'S INITIALS:    ak