NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-030-JWS |
|---|---|---|
| Plaintiff, | ) | **MOTION FOR PRELIMINARY ORDER OF FORFEITURE** |
| v. | ) | |
| TRAVIS M. TONEY, | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through counsel, and hereby requests that this Court enter the Preliminary Order of Forfeiture attached to this motion,

pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.

DATED this 27th day of September, 2006 in Anchorage, Alaska.

    NELSON P. COHEN
    United States Attorney

    s/James Barkeley
    JAMES BARKELEY
    Assistant U. S. Attorney
    Federal Building & U.S. Courthouse
    222 W. 7th Avenue, #9, Rm. C-253
    Anchorage, AK  99513-7567
    Phone: (907) 271-3699
    Fax: (907) 271-1500
    Email: jim.barkeley@usdoj.gov
    Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2006, a true and correct copy of the foregoing MOTION FOR PRELIMINARY ORDER OF FORFEITURE was served electronically on:

RICHARD CURTNER  (Counsel for Travis M. Toney)

s/James Barkeley